IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: EQUIFAX FAIR CREDIT REPORTING ACT LITIGATION | : : : : : : : : | CIVIL ACTION NO. 1:22-cv-03072-LMM |

## **AGENDA – JANUARY 10, 2023 STATUS CONFERENCE**

The below is the Court's agenda for the January 10, 2023, meeting.[1]

1) Case schedule and deadlines;

    a. Possible Rule 12 briefing schedule

2) Case management orders;

    a. Protective Order

    b. Other case management orders

3) Early discovery; and

4) Potential mediators.

Zoom Meeting Link for Status Conference on Tuesday, January 10, 2023, at 3:00 PM (ET):

https://ganduscourts.zoomgov.com/j/1618372279

---

[1] The Court is adopting the parties' proposed agenda.

Meeting ID: 161 837 2279

Passcode: 123456

Dial by your location: +1 669 254 5252 US (San Jose)

+1 646 828 7666 US (New York)

+1 551 285 1373 US

+1 669 216 1590 US (San Jose)

**IT IS SO ORDERED** this 6th day of January, 2023.

_____
**Leigh Martin May**
**United States District Judge**