**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: EQUIFAX FAIR CREDIT REPORTING ACT LITIGATION | CIVIL ACTION NO.: 1:22-CV-3072 LMM |

**JOINT MOTION TO MODIFY SCHEDULE AND EXPAND PAGE
LIMITATIONS FOR BREIFING ON
<u>PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>**

Plaintiffs and Defendants jointly move (i) to modify the current schedule, (ii) expand the page limitations for the parties' briefs on Plaintiffs' forthcoming motion for class certification, and (iii) set deadlines for briefing on that motion that will occur sooner than those provided in the current schedule.

In this Court's January 30, 2026 Order setting the current deadlines for this case, the Court ordered Plaintiffs to file their motion for class certification by October 26, 2026, and to provide Defendants with notice if they intended to file sooner. Dkt. 314 at 2 & n.2. That Order also set deadlines for Defendants' response to that motion (35 days after service of Plaintiffs' motion) and Plaintiffs' reply (35 days after service of Equifax's response). *Id*.

On March 19, 2026, Plaintiffs provided notice to Defendants that they intended to file their motion for class certification within (approximately) two weeks. Plaintiffs suggested—and Defendants agreed—that the parties seek an extension of the typical page limitations under Local Rule 7.1D for briefing on that

1

motion. Defendants requested that, before briefing Plaintiffs' forthcoming motion for class-certification, the parties complete any expert discovery they may rely upon in connection with that motion.

Having conferred and in the interest of reaching agreement, the parties now jointly request that the Court (i) set a schedule for the completion of expert discovery related to class certification, (ii) set a briefing schedule on Plaintiffs' motion for class certification, and (iii) grant Plaintiffs 15 additional pages for their opening and reply briefs and Defendants 20 additional pages for their response.

Good cause exists for these requests. This is a proposed nationwide class action under the Fair Credit Reporting Act stemming from a Coding Error that affected certain scores and attributes. Given the number and complexity of the issues involved in analyzing whether those claims are appropriate for class treatment, the parties agree that conducting and completing any expert discovery relating to those issues in a swift, orderly manner is appropriate. The parties also submit that longer briefs on Plaintiffs' motion for class certification that more thoroughly discuss the relevant facts and legal analysis will aid in the Court's decisional process and will not prejudice any party. Further, the modest additional time for that briefing that the parties request will permit Defendants' new counsel to get up to speed and ensure the parties are able to effectively incorporate the expert discovery they intend to take into their briefs.

For these reasons, the parties respectfully request the Court modify the schedule as follows:

| Occurrence | Proposed Deadline |
| --- | --- |
| Deadline for Plaintiffs to disclose expert reports related to class certification issues for all experts they will rely upon in support of their motion for class certification | April 17, 2026 |
| Deadline for Plaintiffs to make available for deposition all experts they will rely upon in support of their motion for class certification | May 15, 2026 |
| Deadline for Defendants to disclose expert reports related to class certification issues for all experts they will rely upon in support of their opposition to class certification | June 8, 2026 |
| Deadline for Defendants to make available for deposition all experts they will rely upon in support of their opposition to class certification | July 10, 2026 |
| Deadline for Plaintiffs serve any rebuttal expert reports related to class certification issues | July 24, 2025 |
| Deadline for Plaintiffs to make available for deposition any rebuttal experts/close of all expert discovery related to class certification | August 21, 2026 |

Further, the parties request that the page limitations and briefing deadlines for Plaintiffs' motion for class certification be modified as follows:

| Brief | Proposed Page Limit | Proposed Filing Date |
| --- | --- | --- |
| Plaintiffs' Motion for Class Certification | 40 pages | July 31, 2026 |

| Brief | Proposed Page Limit | Proposed Filing Date |
|---|---|---|
| Defendants' Response to Motion for Class Certification | 45 pages | 35 days after Plaintiffs file their motion, or after the last rebuttal expert is deposed, whichever is later |
| Plaintiffs' Reply in Support of Motion for Class Certification | 25 pages | 35 days after Defendants file their opposition to Plaintiffs' motion for class certification |

Relatedly, because the parties seek to focus their efforts on completing all discovery and briefing related to Plaintiffs' motion for class certification in an expedited fashion, they believe that other deadlines not related to that motion should be temporarily stayed. Specifically, the parties ask that the Court stay all deadlines for (i) expert discovery on merits issues and (ii) summary judgment, pending the Court's ruling on Plaintiffs' motion for class certification (although either side should be permitted to move for summary judgment early with reasonable notice to the other side). Should the Court agree, the parties request that they be permitted 21 days from the Court's ruling on Plaintiffs' class-certification motion or the disposition of any timely appeal therefrom to submit a joint proposed schedule (or separate proposed schedules if not agreed) for the completion of any remaining expert discovery on merits issues and summary judgment motions.

A proposed order granting this motion is attached for the Court's consideration.

Respectfully submitted this 17th day of April, 2026.

/s/ T. Brandon Waddell
Michael A. Caplan**
Georgia Bar No. 601039
T. Brandon Waddell
Georgia Bar No. 252639
Ashley C. Brown
Georgia Bar No. 287373
Katie W. Gamsey
Georgia Bar No. 817096
Emily C. Snow
Georgia Bar No. 837411
**CAPLAN COBB LLC**
75 Fourteenth Street NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com
bwaddell@caplancobb.com
abrown@caplancobb.com
kgamsey@caplancobb.com
esnow@caplancobb.com

/s/ Dena C. Sharp
Dena C. Sharp*
*Admitted pro hac vice*
Andrew R. Kaufman
*Admitted pro hac vice*
Mikaela Bock
*Admitted pro hac vice*
Samhita Collur
*Admitted pro hac vice*
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
dsharp@girardsharp.com
akaufman@girardsharp.com
mbock@girardsharp.com
scollur@girardsharp.com

/s/ Zachary A. McEntyre
Zachary A. McEntyre
Georgia Bar No. 653571
John C. Toro
Georgia Bar No. 175145
Robert D. Griest
Georgia Bar No. 653571
Logan R. Hobson
Georgia Bar No. 341501
Jeffrey D. Miles
Georgia Bar No. 415881
Mandi E. Youngblood
Georgia Bar No. 643117
Jonathan M. Kaufman
Georgia Bar No. 834982
Jordan Lipp
Georgia Bar No. 318386
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
zmcentyre@kslaw.com
jtoro@kslaw.com
rgriest@kslaw.com
lhobson@kslaw.com
jmiles@kslaw.com
myoungblood@kslaw.com
jkaufman@kslaw.com
jlipp@kslaw.com

Edward A. Benoit
*Admitted pro hac vice*
**KING & SPALDING LLP**
1700 Pennsylvania Ave., Suite 200
Washington, DC  20006
Telephone:  (202) 626-8985
ebenoit@kslaw.com

/s/ David M. Berger
David M. Berger*
*Admitted pro hac vice*
Linda P. Lam
*Admitted pro hac vice*
Jeffrey B. Kosbie
*Admitted pro hac vice*
Sara Elizabeth Hillier
*Admitted pro hac vice*
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Tel: (510) 350-9713
dmb@classlawgroup.com
lpl@classlawgroup.com
jbk@classlawgroup.com
seh@classlawgroup.com

/s/ Amy Keller
Amy Keller*
*Admitted pro hac vice*
Justin Hawal
*Admitted pro hac vice*
Rebecca Trickey
*Admitted pro hac vice*
Ellen Teuscher
*Admitted pro hac vice*
**DICELLO LEVITT LLC**
Ten North Dearborn Street Sixth Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
akeller@dicellolevitt.com
jhawal@dicellolevitt.com
rtrickey@dicellolevitt.com
eteuscher@dicellolevitt.com

*Counsel for the Plaintiffs and the Putative Class*

*\* Interim Class Counsel*
*\*\* Liaison Counsel*

/s/ Jason J. Carter
Jason J. Carter
Georgia Bar No. 141669
Joshua F. Thorpe
Georgia Bar No. 710665
Ben W. Thorpe
Georgia Bar No. 874911
Mark L. Bailey
Georgia Bar No. 702912
**BONDURANT, MIXSON & ELMORE, LLP**
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, Georgia  30309
Telephone:  (404) 881-4100
Facsimile:  (404) 881-4111
carter@bmelaw.com
thorpe@bmelaw.com
bthorpe@bmelaw.com
bailey@bmelaw.com

*Counsel for Defendants Equifax Inc. and Equifax Information Services LLC*

6

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused a true and correct copy of the foregoing document to be filed with the clerk's office by this Court's CM/ECF system, which will serve a true and correct copy of the same upon all counsel of record.

This 17th day of April, 2026.

*/s/ T. Brandon Waddell*
T. Brandon Waddell

*Counsel for the Plaintiffs and the Putative Class*