**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: EQUIFAX FAIR CREDIT REPORTING ACT LITIGATION | CIVIL ACTION NO.: 1:22-CV-3072 LMM |

## ORDER

This matter is before the Court on the parties' Joint Motion to Modify the Schedule and Expand the Page Limits for their briefs on Plaintiffs' motion for class certification. Having considered the motion, the Court finds that good cause supports modifying the schedule and setting page limits and a briefing schedule for Plaintiffs' forthcoming motion for class certification as the parties request. Accordingly, the Court orders that the schedule in this case be modified as follows:

| Occurrence | Proposed Deadline |
|---|---|
| Deadline for Plaintiffs to disclose expert reports related to class certification issues for all experts they will rely upon in support of their motion for class certification | April 17, 2026 |
| Deadline for Plaintiffs to make available for deposition all experts they will rely upon in support of their motion for class certification | May 15, 2026 |
| Deadline for Defendants to disclose expert reports related to class certification issues for all experts they will rely upon in support of their opposition to class certification | June 8, 2026 |

| Occurrence | Proposed Deadline |
|---|---|
| Deadline for Defendants to make available for deposition all experts they will rely upon in support of their opposition to class certification | July 10, 2026 |
| Deadline for Plaintiffs serve any rebuttal expert reports related to class certification issues | July 24, 2025 |
| Deadline for Plaintiffs to make available for deposition any rebuttal experts/close of all expert discovery related to class certification | August 21, 2026 |

All deadlines for expert discovery on merits issues and motions for summary judgment are hereby **STAYED**, pending the Court's ruling on Plaintiffs' motion for class certification, provided that either side may move for summary judgment early with reasonable notice to the other side. Within 21 days from the Court's ruling on Plaintiffs' motion for class certification (or, if that order is appealed, the disposition of any timely appeal therefrom), the parties shall submit a joint proposed schedule (or separate schedules if not agreed) for the completion of remaining expert discovery on merits issues and motions for summary judgment.

Finally, the page limits and deadlines for the parties' briefs on Plaintiffs' motion for class certification are modified as follows:

| Brief | Proposed Page Limit | Proposed Filing Date |
|---|---|---|
| Plaintiffs' Motion for Class Certification | 40 pages | July 31, 2026 |

3

| Brief | Proposed Page Limit | Proposed Filing Date |
|---|---|---|
| Defendants' Response to Motion for Class Certification | 45 pages | 35 days after Plaintiffs file their motion, or after the last rebuttal expert is deposed, whichever is later |
| Plaintiffs' Reply in Support of Motion for Class Certification | 25 pages | 35 days after Defendants file their opposition to Plaintiffs' motion for class certification |

SO ORDERED this __20th__ day of __April__, 2026.

HON. LEIGH MARTIN MAY
United States District Judge