**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: EQUIFAX FAIR CREDIT REPORTING ACT LITIGATION | CIVIL ACTION NO.: 1:22-CV-3072 LMM |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY**

Plaintiffs and Defendants hereby provide notice that they have reached an agreement in principle to settle this case. The Parties are working to finalize the terms of their settlement agreement. Upon finalization of the settlement agreement, Plaintiffs will promptly file a motion for preliminary approval.

The Parties request that the Court stay all case deadlines pending finalization of the settlement. The Parties further request that the Court set a deadline of July 29, 2026, for the Parties to execute their settlement agreement and a deadline of August 12, 2026, for Plaintiffs to file their motion for preliminary approval. Should the Parties need additional time to complete these tasks, they will jointly request an extension of the deadlines.

A proposed order granting this motion is attached for the Court's convenience.

[signatures on following pages]

1

Respectfully submitted this 30th day of June, 2026.

/s/ Michael A. Caplan
Michael A. Caplan**
Georgia Bar No. 601039
T. Brandon Waddell
Georgia Bar No. 252639
Ashley C. Brown
Georgia Bar No. 287373
Katie W. Gamsey
Georgia Bar No. 817096
Emily C. Snow
Georgia Bar No. 837411
**CAPLAN COBB LLC**
75 Fourteenth Street NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com
bwaddell@caplancobb.com
abrown@caplancobb.com
kgamsey@caplancobb.com
esnow@caplancobb.com

/s/ Dena C. Sharp
Dena C. Sharp*
*Admitted pro hac vice*
Andrew R. Kaufman
*Admitted pro hac vice*
Mikaela Bock
*Admitted pro hac vice*
Samhita Collur
*Admitted pro hac vice*
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
dsharp@girardsharp.com
akaufman@girardsharp.com
mbock@girardsharp.com

/s/ Zachary A. McEntyre
Zachary A. McEntyre
Georgia Bar No. 653571
John C. Toro
Georgia Bar No. 175145
Robert D. Griest
Georgia Bar No. 653571
Logan R. Hobson
Georgia Bar No. 341501
Jeffrey D. Miles
Georgia Bar No. 415881
Mandi E. Youngblood
Georgia Bar No. 643117
Jonathan M. Kaufman
Georgia Bar No. 834982
Jordan Lipp
Georgia Bar No. 318386
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
zmcentyre@kslaw.com
jtoro@kslaw.com
rgriest@kslaw.com
lhobson@kslaw.com
jmiles@kslaw.com
myoungblood@kslaw.com
jkaufman@kslaw.com
jlipp@kslaw.com

Edward A. Benoit
*Admitted pro hac vice*
**KING & SPALDING LLP**
1700 Pennsylvania Ave., Suite 200
Washington, DC  20006
Telephone: (202) 626-8985
ebenoit@kslaw.com

2

scollur@girardsharp.com

*/s/ David M. Berger*
David M. Berger*
*Admitted pro hac vice*
Linda P. Lam
*Admitted pro hac vice*
Jeffrey B. Kosbie
*Admitted pro hac vice*
Sara Elizabeth Hillier
*Admitted pro hac vice*
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Tel: (510) 350-9713
dmb@classlawgroup.com
lpl@classlawgroup.com
jbk@classlawgroup.com
seh@classlawgroup.com

*/s/ Amy Keller*
Amy Keller*
*Admitted pro hac vice*
Justin Hawal
*Admitted pro hac vice*
Rebecca Trickey
*Admitted pro hac vice*
Ellen Teuscher
*Admitted pro hac vice*
**DICELLO LEVITT LLC**
Ten North Dearborn Street Sixth Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
akeller@dicellolevitt.com
jhawal@dicellolevitt.com
rtrickey@dicellolevitt.com
eteuscher@dicellolevitt.com

*/s/ Jason J. Carter*
Jason J. Carter
Georgia Bar No. 141669
Joshua F. Thorpe
Georgia Bar No. 710665
Ben W. Thorpe
Georgia Bar No. 874911
Mark L. Bailey
Georgia Bar No. 702912
**BONDURANT, MIXSON & ELMORE, LLP**
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
carter@bmelaw.com
thorpe@bmelaw.com
bthorpe@bmelaw.com
bailey@bmelaw.com

*Counsel for Defendants Equifax Inc. and Equifax Information Services LLC*

3

*Counsel for the Plaintiffs and the Putative Class*

*\* Interim Class Counsel*
*\*\* Liaison Counsel*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day I caused a true and correct copy of the foregoing document to be filed with the clerk's office by this Court's CM/ECF system, which will serve a true and correct copy of the same upon all counsel of record.

This 30th day of June, 2026.

<u>/s/ Michael A. Caplan</u>
Michael A. Caplan

*Counsel for the Plaintiffs and the Putative Class*